JEANNETTE J. CLACK
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
### 800 FRANKLIN AVE., ROOM 380
### WACO, TX  76701

PHILIP J. DEVLIN
CHIEF DEPUTY

# FILED

AUG 1 6 2016

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

## RECEIPT FOR EXHIBITS

I, the undersigned, do hereby acknowledge receipt of the following exhibits submitted by

**Government** in Case No. W-10-CR-288(1,3)      USA vs Angela Cuellar and Yolanda Ramos

List of Exhibits:   G2 thru G11; GA thru GK - Exhibits from Stipulated Bench Trial

Signature

Jessica Villalobos

Printed Name

U.S. Attorney's Office

Name of Firm